# UNITED STATES DISTRICT COURT
## District of Minnesota

Lane Le

                Plaintiff(s),

v.

Medtronic, Inc., Covidien, L.P., Does 1-50

                Defendant(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 21-cv-01933-WMW-HB

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1.  Defendants' motion to dismiss, (Dkt. 42), is **GRANTED**.

2.  Plaintiff Lan Le's amended complaint, (Dkt. 10), is **DISMISSED WITHOUT PREJUDICE** for lack of subject-matter jurisdiction.

Date: 5/6/2022

KATE M. FOGARTY, CLERK